

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-25-00090-CR
_____

MATTHEW RIDDLE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 24F0360-202

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

A Bowie County jury convicted Matthew Riddle of online solicitation of a minor and assessed a punishment of twenty years' imprisonment with a $10,000.00 fine. *See* TEX. PENAL CODE ANN. § 33.021 (Supp.).

Riddle's appeal in this case raises the same issue raised in his appeal from 06-25-00088-CR. Specifically, Riddle argues that he was also convicted for child grooming under Section 15.032 of the Texas Penal Code and that his indictment in this case should be dismissed because Section 33.021 "cannot be applied simultaneously." *See* TEX. PENAL CODE ANN. § 15.032 (Supp.). For the same reasons stated in our opinion in 06-25-0088-CR, we overrule Riddle's point of error as inadequately briefed.

We affirm the trial court's judgment.


Jeff Rambin
Justice

Date Submitted:     January 29, 2026
Date Decided:       January 30, 2026

Do Not Publish